IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 JUN 25  PM 3: 40
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

## '19 - CV - 01847

Civil Action No. _____

(To be supplied by the court)

Shceree Banks _____, Plaintiff

v.

Labor board _____,

Education _____,

Health _____,

Police department _____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

### EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Shacree Banks   4866 chambers Rd #76

(Name and complete mailing address)

Denver, CO 80239

720 614 3584   shacreeb13@icloud.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

Defendant 2: _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

_____    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

__X__    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

_____    Other: (*please specify*) _____

2

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s): Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Because of false charges that cannot be expurged

The conduct complained of in this claim involves the following: (*check all that apply*)

X failure to hire            ____ different terms and conditions of employment

____ failure to promote      ____ failure to accommodate disability

____ termination of employment    ____ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X race            X religion            X national origin            X age

____ color            X sex            ____ disability

Supporting facts:

There is a consistent domestic violence stint that is ignored and because of my specific schooling it turned into 8 years of disrespect that resulted in loss of income losing my children and the same people not respecting my boundaries.

CLAIM TWO: Sexual Abuse

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire                    X different terms and conditions of employment

___ failure to promote            ___ failure to accommodate disability

X termination of employment    X retaliation

___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

___ race            X religion        ___ national origin        X age

X color            X sex            ___ disability

Supporting facts:

I do not have to accept the disrespect of my sexuality publicly or in private. I do not have to sleep with you to get health care a job or respect by any means. I do not have to accept Passive aggressive behavior nor assault.

4

## E.     ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    X Yes (***You must attach a copy of the administrative charge to this complaint***)

    ___ No

Have you received a notice of right to sue? (*check one*)

    ___ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

    X No

## F.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

## G.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

6 | 25 | 2019
_____
(Date)

(Revised December 2017)

5

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

I request payment for pain and suffering. The request of a name change and leaving with immunity from the state of colorado.

Date: 6/25/2019

_Ahanee Bea_
(Plaintiff's Original Signature)

4866 chambers Rd #76
(Street Address)

Denver, CO 80239
(City, State, ZIP)

720 619 3584
(Telephone Number)

(Rev. 07/06)                                6